IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Karl Suesz, :
:
    Plaintiff(s), :
: Case Number: 1:13cv283
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 28, 2014 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 14, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny Plaintiff's SSI benefits is **AFFIRMED** because it is supported by substantial evidence in the record as a whole.

This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                        s/Susan J. Dlott
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court